UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA BERK,<br><br>                            Plaintiff,<br><br>         -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                           Defendants. | 20-CV-1548 (LLS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued August 4, 2020, dismissing the complaint,

      IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 4, 2020
             New York, New York

                                                               *Louis L. Stanton*
                                                                 Louis L. Stanton
                                                                    U.S.D.J.